
**Transferred case has been opened**
ohndecf   to: InterdistrictTransfer_GAMD                           10/24/2018 11:11 AM

```
CASE: 1:18-cv-00187

DETAILS: Case transferred from Georgia Middle
has been opened in Northern District of Ohio
as case 1:18-op-46171, filed 10/24/2018.
```